# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SAKINAH GREEN**                                                               **PLAINTIFF**

**v.**                             **CIVIL ACTION NO. 3:20-cv-00107-HTW-LGI**

**CITY OF JACKSON,**
**MISSISSIPPI, JOHN DOES 1-10**                            **DEFENDANTS**

## RESPONSE TO SHOW CAUSE ORDER

COMES NOW, Dennis C. Sweet III, and files this, his Response to the Show Cause Order, and would state unto the Court the following to-wit:

1. The instant action was initially filed on February 14, 2020 in the Circuit Court of Hinds County alleging *inter alia,* civil right violations against the above named defendants as it relates to the death of Mario Clark, deceased. The complaint was amended on February 17, 2020.

2. This matter was removed to the United States District Court for the Southern District of Mississippi on February 26, 2020.

3. As a result of pending Chancery Court proceedings in the Estate of Mario Clark, deceased, undersigned counsel was placed in an untenable position of not knowing whether he could continue to represent the heir(s)-at-law of the decedent without possessing an enforceable contingency contract.

4. Sakinah Green, the individual representing the Plaintiffs and/or heir(s)-at-law in this action, was advised of the irreconcilable differences and undersigned counsel's intention to petition this Court for leave to withdraw as counsel.

5. Undersigned counsel filed a Motion to Withdraw as counsel of record for Sakinah Green on September 16, 2020. And the Court granted the Motion on October 8, 2020.

6. Undersigned counsel inadvertently made the Plaintiff, Sakinah Green aware of the Court Order granting the Withdrawal of Counsel via First Class United States Mail and email, as evident by her responsive email attached hereto as "Exhibit A".

7. Pursuant to the Court's request on March 12, 2021, this office provided the Court with contact information for Sakinah Green.  However, it was later learned that the email did not reach the Court due to a discrepancy in the email address.  A copy of the email is attached hereto as "Exhibit B".  The email was corrected and contact information for Sakinah Green was received by the Court on April 15, 2021.

WHEREFORE PREMISES CONISDERED, undersigned counsel, would respectfully request this the 15th day of April, 2021.

               Respectfully submitted,

              By:   Dennis C. Sweet, III,
                 Dennis C. Sweet, III

Of Counsel:

**Dennis C. Sweet, III, (MSB # 8105)**
SWEET & ASSOCIATES
158 East Pascagoula Street
Jackson, Mississippi 39201
601.965.8700 Telephone
601.965.8719 Fax

CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing document with the Clerk of the Court, via the Court's ECF/MEC system, which provided an electronic copy of said document all counsel of record.

SO CERTIFED, this the 15th day of April, 2021.

By:   Dennis C. Sweet, III,
      Dennis C. Sweet, III