# Phyllis Washington

**From:** Phyllis Washington <phyllis.washington@sweetandassociates.net>
**Sent:** Friday, October 23, 2020 11:43 AM
**To:** sakinahgree@gmail.com
**Attachments:** ORDER-GREEN.pdf

See attached Sakina, Mr. Sweet say he will give you a call.

Thanks

Phyllis Washington
SWEET & ASSOCIATES, P.A.
158 East Pascagoula Street
Jackson, MS  39201
☎ **Telephone**: 601-965-8700
☎ **Facsimile:**  601-965-8719
**Phyllis.washington@sweetandassociates.net**



EXHIBIT A

1

**Phyllis Washington**

**From:** Sakinah Green <sakinahgree@gmail.com>
**Sent:** Saturday, October 24, 2020 7:11 AM
**To:** Phyllis Washington
**Subject:** Re:

Hi Phyllis, I will be coming to Jackson soon, may I stop by there to get the Case file for Mario Clark's please?

On Fri, Oct 23, 2020 at 1:35 PM Phyllis Washington <phyllis.washington@sweetandassociates.net> wrote:

See attached Sakina, Mr. Sweet say he will give you a call.

Thanks

Phyllis Washington

**SWEET & ASSOCIATES, P.A.**

158 East Pascagoula Street

Jackson, MS  39201

☏ **Telephone:** 601-965-8700

☏ **Facsimile:**  601-965-8719

Phyllis.washington@sweetandassociates.net

1