## Sondra Bracey

| | |
|---|---|
| From: | Sondra Bracey <sondra.bracey@sweetandassociates.net> |
| Sent: | Friday, March 12, 2021 9:07 AM |
| To: | 'brianna_bailey@mssd.us.courts.gov' |
| Subject: | Green v. City of Jackson |
| Importance: | High |

Hello Brianna,

Per our conversation on yesterday below is contact information for Sakinah Green:

Sakinah Green
603 James P. Brawley –NW
 Apt. 1
Atlanta, Ga 30318
404-695-8796

Email: sakinahgreen@ymail.com

---

Sondra L. Bracey, Senior Litigation Paralegal
**SWEET & ASSOCIATES, P.A.**
158 East Pascagoula Street
Jackson, MS 39201
☎ **Telephone**: 601-965-8700
☎ **Facsimile**: 601-965-8719
✉ **email: Sondra.bracey@sweetandassociates.net**

Confidentiality Notice: The above electronic transmission is strictly confidential and intended only for the named recipient(s). The information contained in the electronic transmission is protected under client/attorney privilege or is considered work product not subject to disclosure or discovery. If you receive this electronic transmission by mistake, please refrain from reading this information, return it to sender and disregard the contents.

